428 A.2d 262

Commonwealth v. Martray, Appellant.

Argued November 14, 1979. Richard S. Ombres, for appellant; Ralph C. Warman, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J. dissented.